**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Restore Austin Triangle, LLC** |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **8 6 – 1 7 6 1 0 6 0** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **815 W 47th Street, Suite 101**  Number  Street | **12011 Yarbrough Drive**  Number  Street |
| | P.O. Box |
| **Austin**   **TX**   **78751**  City   State   ZIP Code | **Austin**   **TX**   **78748**  City   State   ZIP Code |
| **Travis**  County | Location of principal assets, if different from principal place of business |
| | **815 W 47th Street, Suite 101**  Number  Street |
| | **Austin**   **TX**   **78751**  City   State   ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Restore Austin Triangle, LLC** _____ Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. Check all that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **Restore Austin Triangle, LLC** _____  Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
              MM / DD / YYYY
       District _____ When _____ Case number _____
              MM / DD / YYYY
       District _____ When _____ Case number _____
              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
       District _____ When _____
              MM / DD / YYYY
       Case number, if known _____

       Debtor _____ Relationship _____
       District _____ When _____
              MM / DD / YYYY
       Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number   Street
                          _____
                          _____  _____  _____
                          City          State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

Official Form 201                     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                     page 3

Debtor **Restore Austin Triangle, LLC** _____    Case number (if known) _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/17/2023**
MM / DD / YYYY

X **/s/ David Fossas & Courtney Fossas** _____
Signature of authorized representative of debtor
**David Fossas & Courtney Fossas**
Printed name
**Managers**
Title

Document    Page 5 of 10

Debtor **Restore Austin Triangle, LLC**_____    Case number (if known) _____

| 18. Signature of attorney | X **/s/ Howard Marc Spector**_____ | Date **11/17/2023** |
| --- | --- | --- |
| | Signature of attorney for debtor | MM / DD / YYYY |

**Howard Marc Spector**
Printed name

**Spector & Cox, PLLC**
Firm name

**12770 Coit Road**
Number        Street

**Suite 850**

**Dallas**                                              **TX**              **75251**
City                                                    State             ZIP Code

**(214) 365-5377**                                      **hms7@cornell.edu**
Contact phone                                           Email address

**00785023**                                            **TX**
Bar number                                              State

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Restore Austin Triangle, LLC**            CASE NO

                                                                                                CHAPTER    **7**

## **VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  11/17/2023                                    Signature  **/s/ David Fossas & Courtney Fossas**
                                                                                  *David Fossas & Courtney Fossas*
                                                                                  *Managers*

Date                                                Signature

```
American Express - Courtney Fossas
200 Vesey Street Manhattan
New York City, NY 10285




American Express - John King
200 Vesey Street Manhattan
New York City, NY 10285




AP Triangle Retail LLC
c/o Asana Partners
1616 Camden Road, St 210
Charlotte, NC 28203



Ashley Greyson
12220 Hunters Chase Dr #10101
Austin, TX 78729




Austin Community College District
P.O. Box 149328
Austin, TX 78714-9328




Austin ISD
P.O. Box 149328
Austin, TX 78714-9328




Carson Pyle
3615 Jorge Drive Unit C
Austin, TX 78731




City of Austin
P.O. Box 149328
Austin, TX 78714-9328
```

Courtney Sugar
3208 TWINBERRY CV Unit B
Austin, TX 78746


Dani Hueso
5308 SHIVER RD
Fort Worth, TX 76244


Danielle Lopez
1212 W 13th Street
Austin, TX 78703


Donovann Armstrong
4001 Bronco Bend Loop
Austin, TX 78744


Esther Sullivan
1200 Larkspur Rd
Austin, TX 78758


IRS
P.O. Box 7346
Philadelphia, PA 19114


Jaxmine Santana
11641 Argonne Forest Trail, Unit A
Austin, TX 78759

Julie Robinson
10507 MELLOW MEADOWS DR #12101
Austin, TX 78750


Lauren Peacock
1200B Cloverleaf Drive
Austin, TX 78723


LendingClub
595 Market Street, Suite 200
San Francisco, CA 94105


LENDINGCLUB BANK, NATIONAL ASSOCIATION
One Harbor Street
Suite 201
Boston, MA 02210


LENDINGCLUB BANK, NATIONAL ASSOCIATION
One Harbor Street
Suite 102
Boston, MA 02210


Morgan Jockisch
91 Snowy Plover Ln
Leander, TX 78641


Olivia Swonke
3948 TRAVIS COUNTRY CIR
Austin, TX 78735


Quench USA, Inc
630 Allendale Road
Suite 200
King of Prussia, PA 19406

Renee Loupe
13501 SETTLERS TRL
Dripping Springs, TX 78620


Restore Franchising, LLC
3601 South Congress Ave.
Suite C-200
Austin, TX 78704


Ring Central
20 Davis Drive
Belmont, CA 94002


Sari Colvin
1937 2nd Ave SE
Albany, OR 97321


Spectrum / Charter Communications
12012 North MoPac Expressway
Austin, TX 78758


Texas Gas
1301 S. Mopac Expressway
Suite 400
Austin, TX 78746


Travis County
P.O. Box 149328
Austin, TX 78714-9328


Travis County Healthcare District
P.O. Box 149328
Austin, TX 78714-9328


United States Trustee
1100 Commerce Street
Room 976
Dallas, Texas 75242